Cook county; the Hon. George Fred Rush, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923.

Oliver B. Opsahl, for appellant; George W. Stockwell, of counsel. No appearance for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Albert T. Peterson, appellee, v. Max Wolinetz et al., on appeal of Max Wolinetz, appellant. Gen. No. 27,955.**

Complaint alleging partnership of complainant and defendant, purchase under partnership agreement of land and flat building thereon for resale, and refusal of defendant to carry out said partnership agreement. Decree for complainant. Appeal from the Superior Court of Cook county; the Hon. Charles M. Foell, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923. Rehearing denied January 9, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Delbert A. Clithero, for appellant; Guy Van Schaick, of counsel. McGilvray, Eames, Vaughan & Tilley, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**George North, appellant, v. E. A. Schneider, appellee. Gen. No. 28,007.**

Suit for an accounting against former treasurer of fraternal organization. Bill dismissed. Appeal from the Circuit Court of Cook county; the Hon. Hugo M. Friend, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923.

Daniel S. Wentworth and David B. Maloney, for appellant. T. Fred Laramie, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Dealers Security Corporation, trustee, for use of Dealers Security Corporation and the S. & E. Powdered Sugar Company (plaintiff), appellant, v. Michigan Automobile Insurance Company (defendant), appellee. Gen. No. 28,018.**

Action by mortgagee for value of car stolen while covered by defendant company's theft insurance policy. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. J. R. Pritchard, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923.

Fisher, Boyden, Kales & Bell, for appellant; J. F. Dammann, Jr., and Preston Boyden, of counsel. Thomas C. Hollywood and LeForgee, Schroeder & Tate, for appellee; Murphy O. Tate, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**Mae Brown, appellee, v. Germania Safe Deposit & Trust Company, appellant. Gen. No. 28,027.**

Action against safe deposit company for failure to keep plaintiff's money and valuables safely, and for loss thereof. Judgment for plaintiff for $4,000. Appeal from the Superior Court of Cook county; the Hon. H. Sterling Pomeroy, Judge, presiding. Heard in

the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923. *Certiorari* denied by Supreme Court (making opinion final).

Huttman, Cloyes, Klinger & Brosius, for appellant. Dwight McKay, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**J. M. Hoyt, appellant, v. Ryan Company, appellee. Gen. No. 28,043.**

Suit on note. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. C. F. McKinley, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923.

Stebbins, Garey, L'Amoreaux & Hurtubise, for appellant; George F. Killinger, of counsel. Vose & Page, for appellee; Allan J. Carter and John D. Clancy, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**F. P. Smith, trading as F. P. Smith Wire & Iron Works, appellee, v. William H. Gray, appellant. Gen. No. 28,077.**

Action for damages for delay in completing contract for work on hotel building, thereby delaying opening of hotel. Judgment for plaintiff for $3,911.01. Appeal from the Municipal Court of Chicago; the Hon. Hosea W. Wells, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923.

John F. Voight, for appellant. Davis, Ramsay, Kelly & Kracke, for appellee; B. B. Davis and Edmund P. Kelly, of counsel.

Mr. Justice Thomson delivered the opinion of the court.

---

**In re estate of Kate E. Begeschke, deceased, on appeal of Frank Begeschke, administrator, appellant, v. John Mockler, appellee. Gen. No. 28,086.**

Claim against estate of deceased allowed for $520. Trial *de novo* in circuit court, allowance of $500 with interest from filing of claim in probate court. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1922. Affirmed. Opinion filed December 26, 1923.

Litsinger, Healy & Reid, for appellant. Frank N. Hillis, for appellee.

Mr. Justice Thomson delivered the opinion of the court.

---

**Anna A. Terhune, appellee, v. Yellow Cab Company, appellant. Gen. No. 28,559.**

Action for personal injuries by passenger against taxicab company. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Thomas G. Windes, Judge, presiding. Heard in the second division of this court for the first district at the March term, 1923. Affirmed. Opinion filed January 22, 1924. *Certiorari* denied by Supreme Court (making opinion final).

Cassels, Potter & Gilbert, John E. Kehoe and John G. Carter, for appellant; Ralph F. Potter, John E. Kehoe and Kenneth B. Hawkins, of counsel. W. W. McCallum and John A. Bloomingston, for appellee.

Mr. Presiding Justice Gridley delivered the opinion of the court.